sistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Hall, Appellant, *v.* Myers.

Submitted June 13, 1966. *Charles Richard Hall,* appellant, in propria persona; *Henry T. Crocker* and *Richard A. Devlin,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Howard, Appellant, *v.* Russell.

Submitted June 13, 1966. *Beverly Howard,* appellant, in propria persona; *Nicholas Sellers* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

MONTGOMERY and HOFFMAN, JJ., dissent and would reverse and remand for hearing.

## Commonwealth ex rel. Johnson, Appellant, *v.* Myers.

Submitted June 13, 1966. *Joseph Johnson,* appellant, in propria persona; *Leslie J. Carson, Jr.* and *Joseph M. Smith,* As-

sistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.